UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02168 |
| | § | |
| MEDICAL EXPRESS, INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal filed on September 8, 2023 (Doc. #11). In accordance with the Notice of Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Radley Bradford's individual claims against Defendants are hereby DISMISSED with prejudice, and claims asserted on behalf of putative class members against Defendants are hereby DISMISSED without prejudice.

It is so ORDERED.

SEP 1 1 2023
Date

The Honorable Alfred H. Bennett
United States District Judge